**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CARLY TALLENT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-00050-DCLC-SKL |
| v. | ) | |
| | ) | |
| **INTEGRITY STAFFING SOLUTIONS,** | ) | |
| **INC.; AMAZON.COM SERVICES,** | ) | |
| **INC.; and AMAZON LOGISTICS, INC.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DEFENDANT INTEGRITY STAFFING SOLUTIONS, INC.'S</u>**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Integrity Staffing

Solutions, Inc. discloses that it is a non-governmental corporate party. It has no parent corporation

and no publicly-held corporation owns more than 10% of its stock.

Respectfully submitted,

/s/ C. Eric Stevens
C. Eric Stevens (TN BPR #010632)
M. Levy Leatherman (TN BPR #034631)
LITTLER MENDELSON, P.C.
333 Commerce St, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
estevens@littler.com
lleatherman@littler.com

*Attorneys for Defendants Integrity Staffing*
*Solutions, Inc., Amazon.com Services, Inc., and*
*Amazon Logistics, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2020, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Jason A. Lee
Burrow Lee, PLLC
611 Commerce St., Suite 2603
Nashville, TN 37203

/s/ *C. Eric Stevens*
C. Eric Stevens
Bar No. 010632

2